### TOM RIDGEWAY V. THE STATE.

No. 3822.   Decided November 10, 1915.

**Local Option—Bill of Exceptions—Statement of Facts.**

Where the bill of exceptions and statement of facts were not filed within twenty days, according to the order of court, and no reason was shown why this was not done, an allegation in the motion for new trial of the insufficiency of the evidence, can not be considered in an appeal from the County Court.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction for a violation of the local option law; penalty, a fine of $100 and two months confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of unlawfully selling intoxicating liquors, his punishment being assessed at a fine of $100 and two months imprisonment in the county jail.

Court adjourned on September 5. The only bill of exceptions in the record was filed on September 29, as was the statement of facts. These matters can not be considered. They must be filed within twenty days, or some reason shown why it was not done, which would relieve the appellant of negligence. The allegation in the motion for new trial of the insufficiency of the evidence, therefore, can not be considered.

The judgment will be affirmed.

*Affirmed.*